## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **NITRO DOWNHOLE, LLC** | § | **Case No. 25-60027 (CML)** |
| | § | |
| **Debtor.**[1] | § | |
| | § | |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULE OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The above-captioned debtor (the "Debtor"), by and through its undersigned counsel, is filing its Schedule of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") in the United States Bankruptcy Court for the Southern District of Texas, Victoria Division (the "Bankruptcy Court"). The Debtor prepared the Schedules and SOFA in accordance with § 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

*These Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFA. These Global Notes should be referred to and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA have been prepared by Samantha Von Roeder, the Debtor's Controller in consultation with the Debtor's management team and advisors and are unaudited and subject to further review and potential revision. In preparing the Schedules and SOFA, the Debtor relied on financial data derived from the Debtor's books and records as it was available at the time of preparation. Ms. Von Roeder, the Debtor's management, and advisors have made reasonable efforts to ensure that they are as accurate and complete as possible under the circumstances. However, subsequent information or discovery may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may exist. Notwithstanding any such discovery or new information however, the Debtor may, but shall not be required to, update the Schedules and SOFA.

**Reservation of Rights.** Nothing contained in the Schedules and SOFA or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its bankruptcy case, including, but not limited to, any issues involving objections to claims, substantive

---

[1]  The last four digits of the Federal Tax ID number for Nitro Downhole, LLC are 2041 and the location of the service address for Nitro Downhole, LLC is: 117 Broadway, Nordheim, TX 78141.

consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**Description of the Case and "as of" Information Date.** On April 4, 2025 (the "**Petition Date**"), the Debtor filed a petition for relief with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. A detailed description of the Debtor, its business, and the facts and circumstances supporting the Schedules and SOFA and the chapter 11 case are described in detail in the *Declaration of Samantha Von Roeder in Support of Nitro Downhole, LLC's Chapter 11 Petition and Requests for First Day Relief*, which was filed on April 8, 2025 [Docket No. 9 in Case No. 25-60027].

Given the nature of the case and the Debtor's assets, the valuations given are estimates at varying points in time. This is because those values fluctuate over time and, given the nature of the Debtor's business and its assets and liabilities, the Debtor is presenting these filings in its best attempt to "mark to market" the types of assets it owns in each category of assets and liabilities. In some instances, equipment values have been stated as set forth in recent valuations conducted on such assets.

**Amendment.** Although reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. Thus, the Debtor reserves all rights, but shall not be required to, to amend or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

**Basis of Presentation.** Although these Schedules and SOFA may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("**GAAP**"), the Schedules and SOFA do not purport to represent or reconcile financial statements otherwise prepared or distributed by the Debtor in accordance with GAAP, income tax basis, or otherwise. To the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not an admission that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date.

**Insiders.** For purposes of the Schedules and SOFA, the term "insiders" shall have the meaning set forth in Bankruptcy Code § 101(31).

Persons listed in the SOFA as insiders have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Recharacterization.** The Debtor has made reasonable efforts to characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA correctly. The Debtor reserves all rights to recharacterize, reclassify,

recategorize, and redesignate items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition and whether leases listed herein were unexpired as of the Petition Date or remain unexpired post-petition.

**Summary of Significant Reporting Policies.**

Current Market Value and Net Book Value. In many instances, current market valuations are neither maintained by nor readily ascertainable by the Debtor. The Debtor has used its best efforts to estimate the assets value or provided that the value is unknown. Where indicated, the disclosures may provide that the retail value is provided. Additionally, as set forth above, certain of the values have been provided based upon recent valuations of assets of the Debtor.

Liabilities. Unless otherwise indicated, all liabilities are listed as of the Petition Date.

Credits and Adjustments. The claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

Totals. All totals that are included in the Schedules and SOFA represent totals of all currently known amounts included in the Debtor's books and records as of the Petition Date. To the extent that there are undetermined amounts, the actual total may be different from the listed total.

Classifications. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," or (c) on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim, contract, or lease.

Claims Description. Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or to assert any offsets or defenses to, any claim reflected on its respective Schedules on any grounds, including, without limitation, amount, liability, validity, priority, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor, and the Debtor reserves the right, but shall not be required, to amend the Schedules accordingly.

Guarantees and Other Secondary Liability Claims. The Debtor has used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in its executory contracts, unexpired leases, secured financing, debt instruments, and other such

agreements. The Debtor's review of its contracts in such regard is ongoing. Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor. Further, certain Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtor reserves its right to amend the Schedules to the extent that additional Guarantees are identified. In addition, the Debtor reserves the right, but shall not be required, to amend the Schedules and SOFA to recharacterize or reclassify any such contract, lease, claim, or Guarantee.

<u>Causes of Action</u>. The Debtor, despite its best efforts, may not have listed all of its causes of action (filed or potential) against third parties as assets in the Schedules and SOFA. The Debtor reserves all of its rights with respect to any causes of action they may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**<u>Schedule A – Real Property.</u>** The Debtor's failure to list any rights in real property on Schedule A should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

**<u>Schedule B – Personal Property.</u>** Personal property owned by the Debtor is listed in Schedule B. To the extent that the Debtor has not been able to identify the actual physical location of certain personal property, the Debtor has reported the address of the Debtor's principal place of business.

Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**<u>Schedule D – Creditors Holding Secured Claims.</u>** The Debtor reserves the right to dispute or challenge the validity, perfection, priority, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken.

The descriptions in Schedule D are intended to be only a summary. Reference to the applicable agreements and related documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements or related documents.

**<u>Schedule F – Creditors Holding Unsecured Nonpriority Claims.</u>** Listing a claim on Schedule F as "unsecured nonpriority" does not constitute an admission by the Debtor of any legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule F does not constitute an unsecured nonpriority claim (including the right to assert that any such claim constitutes a secured or priority claim). Additionally, noting that a claim on Schedule F is "subject to setoff" does not constitute an admission by the Debtor of the legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule F is not subject to setoff or dispute any claim to such setoff.

Certain creditors may assert mechanic's, materialman's, or other statutory liens against the Debtor for amounts listed on Schedule F. The Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.

The claims listed on Schedule F arose, or were incurred, on various dates, and a determination of each date upon which each claim arose, or was incurred, would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule F, however, appear to have arisen, or to have been incurred, prior to the Petition Date.

**Schedule G – Executory Contracts and Unexpired Leases.** Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing, and inadvertent errors, omissions, or over-inclusion may have occurred.

The Debtor reserves all its rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in Schedule G. The Debtor may be a party to various other agreements concerning real property, such as supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps, office services, and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G.

**Schedule H – Co-Obligors.** Although the Debtor has made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtor hereby reserves all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtor further reserves all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

**SOFA – Transfers Outside of the Ordinary Course of Business.** Nothing in the Debtor's response to Question 13 constitutes an admission by the Debtor that such transfers were outside of the ordinary course of the Debtor's business.

**Fill in this information to identify the case:**

Debtor name    **Nitro Downhole, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **25-60027**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 18, 2025**    X **/s/ Samantha Von Roeder**
                        Signature of individual signing on behalf of debtor

                             **Samantha Von Roeder**
                             Printed name

                             **Controller**
                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Nitro Downhole, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **25-60027**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  **1a. Real property:**
  Copy line 88 from *Schedule A/B*.................................................................................   $                **0.00**

  **1b. Total personal property:**
  Copy line 91A from *Schedule A/B*.............................................................................   $         **734,958.58**

  **1c. Total of all property:**
  Copy line 92 from *Schedule A/B*...............................................................................   $         **734,958.58**

---

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $         **531,786.47**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $                **0.00**

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$      **6,156,163.65**

4.   Total liabilities .........................................................................................................
  Lines 2 + 3a + 3b                                                                                  $      **6,687,950.12**

**Fill in this information to identify the case:**

Debtor name    **Nitro Downhole, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **25-60027**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Prosperity Bank** | **Checking Account** | **2655** | $540,721.84 |
| 3.2. | **Simmons Bank** | **Checking Account** | **1185** | $10,136.74 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      | **$550,858.58** |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.

Debtor  **Nitro Downhole, LLC**                                    Case number *(if known)* **25-60027**
　　　　Name

☐ Yes Fill in the information below.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Explosive Materials** | **2025** | **Unknown** | | **Unknown** |

| 23. | **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | **$0.00** |
|---|---|---|

**24.  Is any of the property listed in Part 5 perishable?**
　　■ No
　　☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　■ No
　　☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　■ No
　　☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|

Debtor  **Nitro Downhole, LLC**                                              Case number *(If known)*  **25-60027**
        Name

| 39. | **Office furniture** | | | |
| | Miscellaneous Office Equipment--Furniture | Unknown | Estimate | $1,000.00 |

| 40. | **Office fixtures** | | | |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Miscellaneous Office Supplies | Unknown | Estimate | $500.00 |
| | Office Computers (2 2013 models) | Unknown | | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
| --- | --- |
| | $1,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **EMT-101 2014 Haulmark Utility 575GB2020FT280984 Enclosed Motor Trailer (FORMERLY 037464J)  (OLV)** | Unknown | 2023 Appraisal | $3,500.00 |
| 47.2. **EMT-102 2014 Haulmark 575GB2022FT280985 Enclosed Motor Trailer (OLV)** | Unknown | 2023 Appraisal | $3,500.00 |
| 47.3. **FL-102 2007 Doosan LR-00537 2007 Doosan Forklift WHSE 5000 (OLV)** | Unknown | 2023 Appraisal | $5,000.00 |
| 47.4. **LT-11313-DO 2013 Dodge 3C63R3GL3DG601030 2013 Dodge 3500 C 4X4, SALVAGE  (OLV)** | Unknown | 2023 Appraisal | $600.00 |

Debtor  **Nitro Downhole, LLC**                                    Case number *(if known)*  **25-60027**
Name

| | | | | |
|---|---|---|---|---|
| 47.5. | **LT-11613-DO 2013 Dodge 3C63R3GL0DG601051 2013 Dodge Ram 3500 Crew 4x4 (OLV)** | Unknown | 2023 Appraisal | $20,000.00 |
| 47.6. | **LT-11713-DO 2013 Dodge 3C63R3GL7DG601032 2013 Dodge Ram 3500 Crew 4x4 (OLV)** | Unknown | 2023 Appraisal | $5,000.00 |
| 47.7. | **LT-12514-DO 2014 Dodge 3C63R3GL7EG165767 2014 Dodge Ram 3500 CR 4x4 (OLV)** | Unknown | 2023 Appraisal | $5,000.00 |
| 47.8. | **LT-15119-FO 2019 Ford 1FT8W3BT7KEE32522 2019 Ford F350 SD (OLV)** | Unknown | 2023 Appraisal | $37,500.00 |
| 47.9. | **MT-101 2010 Kotara KMITX000000051787 Motor Trailer (OLV)** | Unknown | 2023 Appraisal | $1,750.00 |
| 47.10.· | **MT-102 2010 Kotara KMITX000000051789 Motor Trailer (OLV)** | Unknown | 2023 Appraisal | $1,750.00 |
| 47.11.· | **MT-103 2010 Kotara KM1TX000000051803 Motor Trailer (OLV)** | Unknown | 2023 Appraisal | $1,750.00 |
| 47.12.· | **MT-104 2011 Kotara KM1TX000000051903 Motor Trailer (formerly 118-86J) (OLV)** | Unknown | 2023 Appraisal | $1,750.00 |
| 47.13.· | **MT-105 2011 Kotara KM1TX000000051904 Motor Trailer (OLV)** | Unknown | 2023 Appraisal | $1,750.00 |
| 47.14.· | **MT-106 2011Kotara KM1TX000000051982 Motor Trailer (OLV)** | Unknown | 2023 Appraisal | $1,750.00 |
| 47.15.· | **MT-107 2013 Star 4S9S1LE27DW293020 16' Bumper Pull Trailer w/Basket & Pipe Rack (OLV)** | Unknown | 2023 Appraisal | $2,500.00 |
| 47.16.· | **MT-108 2013 Star 4S9S1LE29DW293021 16' Bumper Pull Trailer w/Basket & Pipe Rack (OLV)** | Unknown | 2023 Appraisal | $2,500.00 |
| 47.17.· | **MT-109 2014 Star 4S9S1LE24DW193024 16' Tongue-Pull Trailer w/ Job Boxes (OLV)** | Unknown | 2023 Appraisal | $2,500.00 |

Debtor   **Nitro Downhole, LLC**                                    Case number *(If known)*  **25-60027**
Name

| 47.18 | MT-110 2014 Star 4S9S1LE26DW293025 16' Tongue-Pull Trailer w/ Job Boxes (OLV) | Unknown | 2023 Appraisal | $2,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| EB-102 2017 Armag 11'x7'x7' ATF Explosives Bunker (OLV) | | Unknown | 2023 Appraisal | $3,500.00 |
| EB-101 2014 Armag 20'x8'x8' ATF Explosives Bunker (OLV) | | Unknown | 2023 Appraisal | $5,000.00 |
| BOM-101 McCoy Makeup/Breakout Machine (OLV) | | Unknown | 2023 Appraisal | $42,500.00 |
| DM-101 PMV N/A Dynomaster DMTR-1 N/A Dynamometer #1 DMTR-2 N/A Dynamometer #2 (OLV) | | Unknown | 2023 Appraisal | $20,000.00 |
| LA-101 Lodge and Shipley Lodge and Shipley 21 Lathe (OLV) | | Unknown | 2023 Appraisal | $3,500.00 |
| MSC-101 2010 NOV  Mini Service Center (Breakout) "Little Jerk" (OLV) | | Unknown | 2023 Appraisal | $7,500.00 |

51. **Total of Part 8.**                                                                    | $182,600.00 |
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**
   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other | Nature and extent of debtor's interest | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor  **Nitro Downhole, LLC**                                    Case number *(If known)*  **25-60027**
Name

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1.  **Leasehold interest in 872 Cemetery Road, Nordheim, DeWitt County, TX 78141** | **Leasehold (month-to-mon th, oral lease)** | **$0.00** | | **Unknown** |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Nitro Downhole, LLC**
Name

Case number *(if known)*  **25-60027**

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $550,858.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $182,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $734,958.58 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $734,958.58 |

**Fill in this information to identify the case:**

Debtor name __Nitro Downhole, LLC__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) __25-60027__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Small Business Administration**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Equipment, A/R, Books/Records** | $531,786.47 | Unknown |

**P.O. Box 3918**
**Portland, OR 97208-3918**
Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$531,786.47**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|
| Debtor name   **Nitro Downhole, LLC** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS |
| Case number (if known)   **25-60027** |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)*.*

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|   |   |   | **Amount of claim** |
|---|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
**Abaco Drilling Technologies LLC**
**P.O. Box 841857**
**Dallas, TX 75284-1857**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$92,088.51**

**3.2**

**Nonpriority creditor's name and mailing address**
**Alexander Ford**
**1601 Escondido St**
**Kenedy, TX 78119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$521.83**

**3.3**

**Nonpriority creditor's name and mailing address**
**Chase Card Services**
**P.O. Box 94014**
**Palatine, IL 60094-0142**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,697.00**

**3.4**

**Nonpriority creditor's name and mailing address**
**Coiled Tubing Rental Tools, Inc.**
**129 Southpark Rd**
**Lafayette, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,300.00**

| Debtor | **Nitro Downhole, LLC** | Case number (if known) | **25-60027** |
|---|---|---|---|

Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,036.36** |
|---|---|---|---|

**Extreme Coatings**
2895 46th Ave N.
Saint Petersburg, FL 33714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142.70** |
|---|---|---|---|

**Fastenal**
P.O. Box 1286
Winona, MN 55987

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,325.00** |
|---|---|---|---|

**Gulf Coast Repair & Machine Shop, Inc.**
P.O. Box 260591
Corpus Christi, TX 78426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,040.00** |
|---|---|---|---|

**Hailey Specialty Tools**
P.O. Box 83437
Oklahoma City, OK 73148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,793.00** |
|---|---|---|---|

**Hunting Energy Services**
P.O. Box 206429
Dallas, TX 75320-6429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,022.11** |
|---|---|---|---|

**Knight Oil Tools**
P.O. Box 207923
Dallas, TX 75320-7923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.25** |
|---|---|---|---|

**Linde Gas & Equipment Dept 0812**
10 Riverview Dr
Danbury, CT 06810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nitro Downhole, LLC** | Case number (if known) | **25-60027** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,077.12**

**Matheson Tri-Gas Inc.**
**P.O. Box 123028**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$371,188.30**

**National Oilwell Varco**
**P.O. Box 201224**
**Dallas, TX 75320-1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,005,534.62**

**Nitro Construction, LLC**
**P.O. Box 582**
**Yorktown, TX 78164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,076,775.00**

**Nitro Fluids, LLC**
**P.O. Box 585**
**Yorktown, TX 78164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,107.20**

**Oil States Energy Services, LLC**
**P.O. Box 203567**
**Dallas, TX 75320-3567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,067.58**

**Owen Oil Tools LP**
**P.O. Box 841857**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,520.21**

**PMV, Inc.**
**101 W. Saul Drive**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nitro Downhole, LLC** | Case number (if known) | **25-60027** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119.17**

**Praxair Distribution, Inc.**
P.O. Box 120812
Dept. 0812
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,832.28**

**Proven Downhole Tools LLC**
2117 Lakecrest Dr
Oklahoma City, OK 73170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,897.00**

**R&E Machine Fabrication**
1207 S. Commerce St.
Kilgore, TX 75662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,306.24**

**Ram Welding**
P.O. Box 1510
Seminole, TX 79360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,246.84**

**Robert Winstead**
244 CR 373
Sandia, TX 78383

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,130.26**

**Romans Texoco Inc**
13901 Northwest Blvd
Corpus Christi, TX 78410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$692.28**

**Safety Kleen Systems**
P.O. Box 975201
Dallas, TX 75397-5201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Nitro Downhole, LLC**
_____     Case number (if known) **25-60027**
Name

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Simmons Bank**
**5950 Berkshire Lane**
**Suite 400**
**Dallas, TX 75225**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 17, 2024**

Last 4 digits of account number __

**Basis for the claim:  Guarantor Liability in respect of Nitro Fluids, LLC, NFH Leasing, LLC, Nitro Construction, LLC and Straitline Pumps, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,165.00** |
|------|---|---|---|

**Target Completions**
**1700 North Indianwood Ave.**
**Broken Arrow, OK 74012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,650.00** |
|------|---|---|---|

**Taurex Drill Bits, LLC**
**P.O. Box 679388**
**Dallas, TX 75267-9388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$169,398.00** |
|------|---|---|---|

**Tempress**
**2200 Lind Ave., S.W. Building A**
**Ste. 108**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$47,350.00** |
|------|---|---|---|

**Texas Oilwell Partners, LLC**
**P.O. Box 132616**
**The Woodlands, TX 77393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,420.00** |
|------|---|---|---|

**Turn-Tex Machine & Tool**
**P.O. Box 68**
**White Oak, TX 75693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,150.00** |
|------|---|---|---|

**Varel International**
**P.O. Box 120536**
**Dallas, TX 75312-0536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Nitro Downhole, LLC | | Case number (if known) | 25-60027 |
|---|---|---|---|---|
| | Name | | | |

**3.33** | **Nonpriority creditor's name and mailing address**

**Venturi Oil Tools, LLC**
**P.O. Box 673988**
**Dallas, TX 75267-9388**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

$32,797.95

---

**3.34** | **Nonpriority creditor's name and mailing address**

**Victoria Bearing & Industrial Supply**
**P.O. Box 2112**
**Victoria, TX 77902**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

$1,605.84

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,156,163.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,156,163.65 |

**Fill in this information to identify the case:**

Debtor name    **Nitro Downhole, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **25-60027**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pre Petition Settlement Agreement, Outstanding Trade Debt**<br><br><br>**Abaco Drilling Technologies, LLC**<br>**PO Box 841857**<br>**Dallas, TX 75284-1857** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **831-001-3669 839, Land Line Phones for 872 Cemetery Road, Nordheim, Texas**<br><br>**AT&T**<br>**PO Box 5019**<br>**Carol Stream, IL 60197-5010** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **287236983913, Employee Cell Phones**<br><br><br>**AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Health Insurance, 72670**<br><br><br>**BlueCross Blue Shield**<br>**PO Box 650615**<br>**Dallas, TX 75265-0615** |

Debtor 1  **Nitro Downhole, LLC**
First Name      Middle Name        Last Name

Case number *(if known)*   **25-60027**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Oral lease for 872 Cemetery Road, Nordheim, DeWitt County, TX 78141** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | |
| | List the contract number of any government contract | | **Bobby Lee Koricanek & Jackie Ray Simpson 840 Cemetery Road Nordheim, TX 78141** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Auto, General Liability & Umbrella Insurance,1030 1122 8027 001C** | |
|---|---|---|---|
| | State the term remaining | **10 Months Beginning 10/15/2024** | |
| | List the contract number of any government contract | | **Chubb PO Box 382001 Pittsburgh, PA 15250-8000** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **E3837143, Employee Supplemental Benefits** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Colonial Life PO Box 903 Columbia, SC 29202** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Pollution & Excess Umbrella, 102299252** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **10 Months Beginning 10/15/2024** | **First Insurance Funding PO Box 7000 Carol Stream, IL 60197-7000** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **194977001, Electricity @ 872 Cemetery Road, Nordheim, Texas 78141** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **GVEC PO Box 118, Gonzales, Texas Gonzales, TX 78629-0118** |

Debtor 1  **Nitro Downhole, LLC**
_____
First Name   Middle Name   Last Name

Case number (*if known*)   **25-60027**
_____

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **001-035144, Internet for 872 Cemetery Road, Nordheim, Texas 78141** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **GVEC PO Box 525, Gonzales, TX 78629** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Dental & Vision Insurance, 1145802-10001** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Principal Life Insurance Company PO Box 77202 Minneapolis, MN 55480-7200** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Pre Petition Settlement Agreement, Outstanding Trade Debt** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **RAM Welding PO Box 1510 Seminole, TX 79360** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation Insurance, 51780148** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Texas Mutual PO Box 841843 Dallas, TX 75284** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **5333V4220 EPLI & Cyber Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Travelers PO Box 660317 Dallas, TX 75266-0317** |

**Fill in this information to identify the case:**

Debtor name __**Nitro Downhole, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**25-60027**__

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                             *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **NFH Leasing, LLC** | **117 Broadway Nordheim, TX 78141** | **Simmons Bank** | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.2 | **Nitro Construction, LLC** | **117 Broadway, Nordheim, TX 78141** | **Simmons Bank** | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.3 | **Nitro Fluids, LLC** | **117 Broadway Nordheim, TX 78141** | **Simmons Bank** | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.4 | **Straitline Pumps, LLC** | **17115 San Pedro Ave. Ste 320 San Antonio, TX 78232** | **Simmons Bank** | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |